THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 
 

v.

 
 
 
 Roger Nix, Appellant.
 
 
 

Appeal From Anderson County
J.C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-052
Submitted January 1, 2008  Filed January 14, 2008    

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and
 Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER
 CURIAM:  Roger Nix appeals his guilty pleas to burglary in the
 second degree and petit larceny, arguing the plea court failed to comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting
 his plea.  Nix did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Nixs appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
HEARN, C.J.,
 KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.